# Exhibit A

Int. Cl.: **35**

Prior U.S. Cls.: **100, 101 and 102**

**United States Patent and Trademark Office**

Reg. No. **2,781,013**
Registered Nov. 11, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

## BEST LAWYERS

WOODWARD/WHITE, INC. (NEW YORK CORPORATION)
1359 SILVER BLUFF ROAD, SUITE F2
AIKEN, SC 29803

FOR: LAWYER REFERRAL SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-0-1992; IN COMMERCE 3-0-1992.

OWNER OF U.S. REG. NOS. 1,916,381 AND 1,922,393.

SEC. 2(F).

SER. NO. 75-936,395, FILED 3-8-2000.

ELLEN B. AWRICH, EXAMINING ATTORNEY

# UNITED STATES OF AMERICA
## United States Patent and Trademark Office

# BEST LAWYERS

**Reg. No. 3,899,241**
**Registered Jan. 4, 2011**
**Int. Cls.: 9, 20, 35, 41 and 45**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

WOODWARD/WHITE, INC. (SOUTH CAROLINA CORPORATION)
129 1ST AVENUE, SW
AIKEN, SC 29801

FOR: DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF ARTICLES IN THE FIELD OF LAW , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-31-1990; IN COMMERCE 12-31-1990.

FOR: RECOGNITION PLAQUES MADE OF WOOD AND PLASTIC, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 12-31-1990; IN COMMERCE 12-31-1990.

FOR: COMPILATION AND SYSTEMIZATION OF INFORMATION INTO COMPUTER DATABASES; EXPERT WITNESS REFERRAL SERVICES FOR LEGAL MATTERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-31-1998; IN COMMERCE 12-31-1998.

FOR: RECOGNITION AND INCENTIVES BY WAY OF AWARDS TO DEMONSTRATE EXCELLENCE IN THE FIELD OF LAW, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-31-1983; IN COMMERCE 10-31-1983.

FOR: ONLINE INFORMATION IN THE FIELD OF LAW PROVIDED ONLINE FROM DATABASES OR THE INTERNET, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 9-30-1990; IN COMMERCE 9-30-1990.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,916,381, 1,922,393, AND 2,781,013.

SEC. 2(F).

SER. NO. 77-980,341, FILED 2-3-2009.

KATHRYN COWARD, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# BEST LAWYERS

| | |
|---|---|
| **Reg. No. 4,023,150** | WOODWARD/WHITE, INC. (SOUTH CAROLINA CORPORATION) |
| **Registered Sep. 6, 2011** | 129 1ST AVENUE, SW<br>AIKEN, SC 29801 |
| **Int. Cl.: 16** | FOR: BOOKS AND PRINTED PUBLICATIONS IN THE NATURE OF DIRECTORIES IN THE FIELD OF LAW, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50). |
| **TRADEMARK** | FIRST USE 12-31-2009; IN COMMERCE 12-31-2009. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | SEC. 2(F). |
| | OWNER OF U.S. REG. NOS. 1,916,381, 1,922,393, AND 2,781,013. |
| | SN 77-662,000, FILED 2-3-2009. |
| | KATHRYN COWARD, EXAMINING ATTORNEY |



*David J. Kappos*
Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:**   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

Int. Cl.: 16

Prior U.S. Cl.: 38

**United States Patent and Trademark Office**    Reg. No. 1,916,381
                                                                                                                             Registered Sep. 5, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## THE BEST LAWYERS IN AMERICA

WOODWARD/WHITE, INC. (SOUTH CAROLINA CORPORATION)
129 FIRST AVENUE, SW
AIKEN, SC 19801

FOR: SERIES OF PRINTED DIRECTORIES OF LAWYERS, IN CLASS 16 (U.S. CL. 38).

FIRST USE 5-0-1987; IN COMMERCE 5-0-1987.

SER. NO. 74-463,321, FILED 11-26-1993.

G. T. GLYNN, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cl.: 101

Reg. No. 1,922,393

United States Patent and Trademark Office

Registered Sep. 26, 1995

Corrected

OG Date June 5, 2001

## SERVICE MARK
## PRINCIPAL REGISTER

### THE BEST LAWYERS IN AMERICA

WOODWARD/WHITE, INC. (NEW YORK CORPORATION)
1359 SILVER BLUFF ROAD
SUIE F2
AIKEN, SC 29803

FOR: REFERRAL SERVICE FOR THOSE WANTING THE NAME OF A LAWYER FOR A PARTICULAR EXPERTISE OR GEOGRAPHICAL AREA, IN CLASS 35 (U.S. CL. 101).

FIRST USE 3-0-1992; IN COMMERCE 3-0-1992.

SER. NO. 74-802,199, FILED P.R. 11-26-1993; AM. S.R. 8-10-1994.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 5, 2001.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

Int. Cl.: 35

Prior U.S. Cl.: 101

**United States Patent and Trademark Office**  Reg. No. 1,922,393
Registered Sep. 26, 1995

## SERVICE MARK
### PRINCIPAL REGISTER

### THE BEST LAWYERS IN AMERICA

WOODWARD/WHITE, INC. (SOUTH CAROLINA CORPORATION)
129 FIRST AVENUE, SW
AIKEN, SC 29801

FOR: REFERRAL SERVICE FOR THOSE WANTING THE NAME OF A LAWYER FOR A PARTICULAR EXPERTISE OR GEOGRAPHICAL AREA, IN CLASS 35 (U.S. CL. 101).

FIRST USE 3-0-1992; IN COMMERCE 3-0-1992.

SER. NO. 74-802,199, FILED 11-26-1993.

G. T. GLYNN, EXAMINING ATTORNEY