# Exhibit B



Angela Sujek
Office: 734.418.4212
asujek@honigman.com

July 12, 2021

*Via email: cmerrill@washingtonian.com*
*mjohnson@washingtonian.com*

*Washingtonian Media Inc.*
Catherine Merrill, President & CEO
Michael Johnson, COO
1775 K Street NW
Washington, D.C. 20006-1530

Dear Ms. Merrill and Mr. Johnson:

We represent BL Rankings, LLC, dba Best Lawyers, in trademark matters. As you likely know, for over thirty years, Best Lawyers has recognized the reputations of lawyers through its publications. Best Lawyers also provides lawyer referral services as well as other related products and services in the legal field.  Recognition by Best Lawyers is not only regarded by both clients and legal professionals as a significant honor, but Best Lawyers is considered the most reliable, unbiased source of legal referrals anywhere.

In addition to being widely known and respected, Best Lawyers is the owner of a number of trademark registrations for the BEST LAWYERS trademark, including U.S. Registration Nos. 2,781,013, 3,899,241, and 4,023,150 (see attached). These trademark rights afford Best Lawyers with incontestable rights in the United States. The BEST LAWYERS trademark is a valuable asset, as it is extremely well-known in the industry and represents significant goodwill.

It has recently come to our attention that Washingtonian Media Inc. (https://https://washingtonian.com/) is using a number of marks comprised of our client's well-known trademark, including Washington's Best Lawyers, DC's Best Lawyers, and a logo comprised of our client's trademark, all for lawyer referral services. Best Lawyers believes that use of these marks will cause confusion, mistake, and/or deception among consumers that Washingtonian Media Inc. is affiliated with or sponsored by Best Lawyers. In fact, we believe that such confusion has already occurred since an advertisement placed by the law firm Feldesman + Tucker + Leifer + Fidell states "U.S. News and World Report – Best Lawyers 2021." We believe it is likely that the firm advertised with the *Washingtonian* believing that it was buying advertising space in our client's publication. We are hopeful that Washingtonian Media Inc. is not intentionally misleading consumers.

Best Lawyers would prefer to settle this matter in an amicable manner. Accordingly, we request that you provide us with your immediate written assurances that you will cease and desist all use of the "BEST LAWYERS" trademark within two weeks of the date of this letter and agree to refrain from any other activities that are likely to cause confusion between the parties.

---

# HONIGMAN®

*Washingtonian Media Inc.*
Catherine Merrill, President & CEO
Michael Johnson, COO
July 12, 2021
Page 2

      We look forward to your response on or before July 26, 2021. Nothing in this letter is intended to waive any rights, remedies, claims, causes of action or defenses of Best Lawyers, all of which are expressly reserved.

                          Very truly yours,

                          HONIGMAN LLP

                          */Angela Sujek/*

                          Angela Sujek

---