# Exhibit C

| | | |
|---|---|---|
| NEW YORK | **DuaneMorris®** | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | CHRISTIANE SCHUMAN CAMPBELL | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 215 979 1817 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 215 689 4910 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* ccampbell@duanemorris.com | CHERRY HILL |
| BOSTON | | LAKE TAHOE |
| HOUSTON | *www.duanemorris.com* | MYANMAR |
| DALLAS | | |
| AUSTIN | | ALLIANCES IN MEXICO |
| HANOI | | AND SRI LANKA |
| HO CHI MINH CITY | | |

July 26, 2021

VIA EMAIL - *ASUJEK@HONIGMAN.COM*

Angela Sujek
Honigman LLP
315 East Eisenhower Parkway
Suite 100
Ann Arbor, Michigan 48108-333

    Re:   **Washingtonian Media**

Dear Ms. Sujek:

    We represent Washingtonian Media with respect to certain corporate and intellectual property matters. We received your letter of July 12, 2021, and have now had the opportunity to review the same with our client. We investigated your client's claims in detail and our investigation has led us to the conclusion that the claims in your letter do not withstand scrutiny.

    The U.S. federal trademark registrations you cite in your letter do not paint the complete picture. First of all, they afford your client a very narrow scope of rights to "BEST LAWYERS" (notably registered based on acquired distinctiveness under Section 2(f)) and "THE BEST LAWYERS IN AMERICA," both limited to lawyer referral services.

    Second, and perhaps more importantly, your letter overlooks the history between our respective clients. It seems you are unaware of – or at least unfamiliar with – the opposition your client's predecessor, Woodward White, filed against our client's U.S. Trademark Application No. 85076105, in 2011. The application covered WASHINGTON'S BEST LAWYERS for publications and lawyer rating and promotional services, and was filed in July 2010.

    The opposition was resolved amicably, and memorialized in the attached settlement agreement. Washingtonian Media does – and at all times has – conducted itself in accordance with the attached settlement agreement and in particular, within the parameters of what would be considered classic and descriptive fair use of the term "best lawyers."

Angela Sujek
July 26, 2021
Page 2

**Duane Morris**

    Against the relevant background, your client's allegation that it only recently became aware of Washingtonian Media's fair and descriptive use of the term "best lawyers" is uninformed, and its allegation that Washingtonian Media's use of the phrase will cause confusion or mistake, or is intended to deceive, is disingenuous.

    If you have any questions or would like to discuss further, please contact me. Otherwise, we trust the information provided herein satisfactorily concludes this matter.

    Very truly yours,

    *Christiane S. Campbell*

    Christiane Schuman Campbell

CSC:cs
cc:    Mike Johnson
       Oksana Squires