# Exhibit E



Angela Sujek
Office: 734.418.4212
asujek@honigman.com

January 31, 2022

*Via email: ccampbell@duanemorris.com*

Christiane Schuman Campbell, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Re:     *Washingtonian's Continued Unauthorized Use of BEST LAWYERS Mark*

Dear Ms. Campbell:

As you know, we represent BL Rankings, LLC, dba Best Lawyers, in trademark matters. It has been months since we sent you our September 13, 2021 letter in which we reiterated Best Lawyers' demands and provided further explanation regarding the basis for Best Lawyers' position. To date, we have not received a substantive response from you, and your client's infringing uses of our client's BEST LAWYERS mark persist.

Notwithstanding your client's failure to provide an adequate response to date, Best Lawyers still would prefer to settle this matter in an amicable manner. Accordingly, we demand that you provide us with written assurances that you will cease and desist all use of the "BEST LAWYERS" mark and agree to refrain from any other activities that are likely to cause confusion between the parties. As we understand that your client at one time used the designation "Top Lawyers" to refer to its legal referral services and directory, we again note that such a change should be easy and not unduly burden your client.

We request your response on or before February 11, 2022. Should we not receive your satisfactory response by that date, Best Lawyers will be forced to pursue other remedies available to it, including bringing claims against your client in federal district court for trademark infringement.

We trust the foregoing is clear. Should you have any questions, you may contact me.

# HONIGMAN ®

Christiane Schuman Campbell, Esq.
January 31, 2022
Page 2

       Nothing in this letter is intended to waive any rights, remedies, claims, causes of action or defenses of Best Lawyers, all of which are expressly reserved.

                    Very truly yours,

                    HONIGMAN LLP

                    */Angela Sujek/*

                    Angela Sujek

cc:     Mary Hyde, Esq.