# Exhibit F

| | |
|---|---|
| **From:** | Campbell, Christiane <ccampbell@duanemorris.com> |
| **Sent:** | Tuesday, February 8, 2022 1:54 PM |
| **To:** | Sujek, Angela Alvarez |
| **Cc:** | Hyde, Mary A. |
| **Subject:** | RE: Follow up Correspondence to Washingtonian Re_ BEST LAWYERS(42591699_1) |

**[EXTERNAL EMAIL]**

Angela,
This is to confirm that our client, Washingtonian Media, will not use BL Rankings, LLC's BEST LAWYERS trademark and will not knowingly engage in any activity that will cause confusion between the Washingtonian Media and BL Rankings, LLC, relative to BL Rankings, LLC's BEST LAWYERS trademark.

This statement is provided without any waiver and without any admission of wrongdoing, and without an acknowledgment of any rights BL Rankings LLC purports to have.

**Christiane Schuman Campbell**
Partner

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
**P:** +1 215 979 1817
**F:** +1 215 689 4910
**C**: +1 215 816 2133

ccampbell@duanemorris.com
www.duanemorris.com

**From:** Sujek, Angela Alvarez <ASujek@honigman.com>
**Sent:** Wednesday, February 2, 2022 1:27 PM
**To:** Campbell, Christiane <ccampbell@duanemorris.com>
**Cc:** Hyde, Mary A. <MHyde@honigman.com>
**Subject:** Follow up Correspondence to Washingtonian Re_ BEST LAWYERS(42591699_1)

Christiane, please see attached letter.

Regards,
Angela

Angela Alvarez Sujek
_____

**HONIGMAN LLP**
O   734.418.4212
asujek@honigman.com

New year.  Fresh look.  Visit honigman.com

This e-mail may contain confidential or privileged information.  If you are not the intended recipient, please delete it and notify the sender of the error.

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

2