# Exhibit G

March 28, 2022 11:36AM

https://www.washingtonian.com/best/lawyers/



March 28, 2022 11:36AM

https://www.washingtonian.com/best/lawyers/



March 28, 2022 11:36AM

https://www.washingtonian.com/best/lawyers/



March 28, 2022 11:36AM

https://www.washingtonian.com/?s=best+lawyers



March 28, 2022 11:36AM

https://www.washingtonian.com/?s=best+lawyers













March 28, 2022 11:36AM

https://www.washingtonian.com/?s=best+lawyers



March 28, 2022 11:36AM

https://www.google.com/search?q=washingtonian+best+lawyers&rlz=1C1GCEB_enUS889US889&oq=washingtonian+best+lawyers&aqs=chrome..69i57j0i22i30l6j0i390.6663j0j15&sourceid=chrome&ie=UTF-8



March 28, 2022 11:36AM

https://www.google.com/search?q=washingtonian+best+lawyers&rlz=1C1GCEB_enUS889US889&oq=washingtonian+best+lawyers&aqs=chrome..69i57j0i22i30l6j0i390.6663j0j15&sourceid=chrome&ie=UTF-8

8